## MOTION AND PROCEDURAL RULINGS

**2009–0739. State v. Wesson.**
Summit C.P. No. CR2008030710. This cause is pending before the court as a death-penalty appeal from the Court of Common Pleas of Summit County.

Upon consideration of appellant's motion for appointment of counsel, it is ordered by the court that the motion is granted, and Angela Miller, Ohio Attorney Registration No. 0064902, is appointed to represent appellant for the purpose of filing an application for reopening pursuant to S.Ct.Prac.R. 11.06.

PFEIFER, Acting C.J.
O'CONNOR, C.J., not participating.

## MISCELLANEOUS DISMISSALS

**2013–1650. State v. Marks.**
Cuyahoga App. No. 99474, 2013-Ohio-3734. This cause is pending before the court as a jurisdictional appeal. The records of this court indicate that appellant has not filed a memorandum in support of jurisdiction, due January 3, 2014, in compliance with the Rules of Practice of the Supreme Court of Ohio and therefore has failed to prosecute this cause with the requisite diligence.

Upon consideration thereof, it is ordered by the court that this cause is dismissed.

## DISCIPLINARY CASES

**2011–2055. Disciplinary Counsel v. McCormack.**
On November 4, 2013, respondent, Thomas Arthur McCormack, filed an application for termination of probation. Upon consideration thereof, the court finds that respondent has substantially complied with Gov.Bar R. V(9)(D) and with its order dated September 26, 2012, in which the court suspended respondent from the practice of law for a period of one year, with the entire suspension stayed on conditions.

On consideration thereof, it is ordered by this court that the probation of respondent, Thomas Arthur McCormack, Attorney Registration No. 0015570, last known business address in Cleveland, Ohio, is terminated.

It is further ordered that the clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(8)(D)(1), that publication be made as provided for in Gov.Bar R. V(8)(D)(2), and that respondent bear the costs of publication.

## MEDIATION MATTERS

The following cases have been referred to mediation pursuant to S.Ct.Prac.R. 19.01(A):

**2014–0041. State ex rel. Deal v. Ohio State Univ.**
In Mandamus.

**2014–0050. State ex rel. WFAL Constr. v. Buehrer.**
Franklin App. No. 12AP–996, 2013-Ohio-5700.

**2014–0078. Akron City School Dist. Bd. of Edn. v. Summit Cty. Bd. of Revision.**
Board of Tax Appeals, Nos. 2012–4304 and 2012–4352.

**2014–0093. Revere Local School Dist. Bd. of Edn. v. Summit Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2010–2958.

**2014–0108. State ex rel. Baker v. Indus. Comm.**
Franklin App. No. 12AP–114.

The following cases have been returned to the regular docket pursuant to S.Ct.Prac.R. 19.01(E).

The appellants in each case shall file a brief within 40 days of the date of these entries, and the parties shall otherwise proceed in accordance with S.Ct.Prac.R. 16.02 through 16.07. As provided in